# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ADAMS-GRIFFIN, et al.,** individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**CONDUENT BUSINESS SERVICES, LLC, et al.,**<br><br>Defendants. | Case No.: 2:25-cv-16953-MEF-MAH<br><br>█████████ **ORDER CONSOLIDATING ACTIONS** |
| **KEVIN AMENDE, et al.,** individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**CONDUENT BUSINESS SERVICES, LLC, et al.,**<br><br>Defendants. | Case No.: 2:25-cv-16954-MEF-MAH |
| **REAGAN SMITH, et al.,** individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**CONDUENT INCORPORATED, et al.,**<br><br>Defendants. | Case No.: 2:25-cv-16965-MEF-MAH |

| | |
|---|---|
| **PEGGY BORDELON**, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>**CONDUENT BUSINESS SERVICES, LLC**,<br><br>   Defendant. | Case No.: 2:25-cv-16975-MEF-MAH |
| **BRIAN MARSHALL**, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>**CONDUENT BUSINESS SERVICES, LLC**,<br><br>   Defendant. | Case No.: 2:25-cv-16994-MEF-MAH |
| **AMANDA KNICK**, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>**CONDUENT BUSINESS SERVICES, LLC**,<br><br>   Defendant. | Case No.: 2:25-cv-17033-MEF-MAH |

| | |
|---|---|
| **SARAH SANSON WILLSTEIN,** individually and on behalf of all others similarly situated, <br><br>     Plaintiff, <br><br>     v. <br><br> **CONDUENT BUSINESS SERVICES, LLC,** <br><br>     Defendant. | Case No.: 2:25-cv-17068-MEF-MAH |
| **MIGUEL MEDRANO,** individually and on behalf of all others similarly situated, <br><br>     Plaintiff, <br><br>     v. <br><br> **CONDUENT INCORPORATED, et al.,** <br><br>     Defendants. | Case No.: 2:25-cv-17082-MEF-MAH |
| **REED MESCHKE,** individually and on behalf of all others similarly situated, <br><br>     Plaintiff, <br><br>     v. <br><br> **CONDUENT BUSINESS SERVICES, LLC,** <br><br>     Defendant. | Case No.: 2:25-cv-17108-MEF-MAH |

| | |
|---|---|
| **ROGER FRAY, et al.,** individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>**CONDUENT BUSINESS SERVICES, LLC,**<br><br>    Defendant. | Case No.: 2:25-cv-17137-MEF-MAH |
| **JORDAN BURWELL,** individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>**CONDUENT BUSINESS SERVICES, LLC,**<br><br>    Defendant. | Case No.: 2:25-cv-17170-MEF-MAH |
| **DEBRA BIANCO,** individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>**CONDUENT BUSINESS SERVICES, LLC,**<br><br>    Defendant. | Case No.: 2:25-cv-17177-MEF-MAH |

| | |
|---|---|
| **KERRI COMER,** individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>**CONDUENT INCORPORATED,**<br><br>      Defendant. | Case No.: 2:25-cv-17188-MEF-MAH |
| **BRANDON BERKENFELD,** individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>**CONDUENT BUSINESS SERVICES, LLC,**<br><br>      Defendant. | Case No.: 2:25-cv-17197-MEF-MAH |
| **FRANCIS HELLER,** individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>**CONDUENT BUSINESS SERVICES, LLC,**<br><br>      Defendant. | Case No.: 2:25-cv-17209-MEF-MAH |

| | |
|---|---|
| **ANDREW WATERS, et al.,** individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **CONDUENT BUSINESS SERVICES, LLC,** <br><br> Defendant. | Case No.: 2:25-cv-17218-MEF-MAH |
| **SIA MOODY, et al.,** individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **CONDUENT BUSINESS SERVICES, LLC,** <br><br> Defendant. | Case No.: 2:25-cv-17227-MEF-MAH |
| **KEVIN KENNEDY, et al.,** individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **CONDUENT BUSINESS SERVICES, LLC, et al.,** <br><br> Defendants. | Case No.: 2:25-cv-17233-MEF-MAH |

| | |
|---|---|
| **ERIC LARSON,** individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>**CONDUENT BUSINESS SERVICES, LLC, et al.,**<br><br>   Defendants. | Case No.: 2:25-cv-17242-MEF-MAH |
| **MONIQUE BRINK, et al.,** individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>**CONDUENT BUSINESS SERVICES, LLC, et al.,**<br><br>   Defendants. | Case No.: 2:25-cv-17317-MEF-MAH |
| **ALEN DYMARSKY,** individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>**CONDUENT BUSINESS SERVICES, LLC, et al.,**<br><br>   Defendants. | Case No.: 2:25-cv-17319-MEF-MAH |

| | |
|---|---|
| **ANDREW COOK,** individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>**CONDUENT INCORPORATED, et al.,**<br><br>      Defendants. | Case No.: 2:25-cv-17320-MEF-MAH |
| **MARLON ST. JOHN,** individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>**CONDUENT BUSINESS SERVICES, LLC, et al.,**<br><br>      Defendants. | Case No.: 2:25-cv-17350-MEF-MAH |
| **STEPHEN FORTIN, et al.,** individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>**CONDUENT BUSINESS SERVICES, LLC,**<br><br>      Defendant. | Case No.: 2:25-cv-17358-MEF-MAH |

| | |
|---|---|
| **FRANK GRESH, et al.,** individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>    v.<br><br>**CONDUENT BUSINESS SERVICES, LLC, et al.,**<br><br>       Defendants. | Case No.: 2:25-cv-17370-MEF-MAH |
| **ERIN DAY, et al.,** individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>    v.<br><br>**CONDUENT BUSINESS SERVICES, LLC, et al.,**<br><br>       Defendants. | Case No.: 2:25-cv-17373-MEF-MAH |
| **ERIK COZZOLINO,** individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>    v.<br><br>**CONDUENT BUSINESS SERVICES, LLC,**<br><br>       Defendant. | Case No.: 2:25-cv-17382-MEF-MAH |

| | |
|---|---|
| **B.H.,** individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>**CONDUENT BUSINESS SERVICES, LLC,**<br><br>    Defendant. | Case No.: 2:25-cv-17429-MEF-MAH |
| **ANITA BURTON, et al.,** individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>**CONDUENT BUSINESS SERVICES, LLC, et al.,**<br><br>    Defendants. | Case No.: 2:25-cv-17595-MEF-MAH |
| **JAMES HURD, et al.,** individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>**CONDUENT BUSINESS SERVICES, LLC,**<br><br>    Defendant. | Case No.: 2:25-cv-17620-MEF-MAH |

| | |
|---|---|
| **ROBERT KLINER, et al.,** individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>   v.<br><br>**CONDUENT BUSINESS SERVICES, LLC, et al.,**<br><br>      Defendants. | Case No.: 2:25-cv-17658-MEF-MAH |
| **ARTHUR DEKENIPP,** individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>   v.<br><br>**CONDUENT INCORPORATED,**<br><br>      Defendant. | Case No.: 2:25-cv-17796 |

WHEREAS, the above-captioned related Actions seek to represent a class of individuals who allege that they were damaged by a cyber security incident experienced by Defendant Conduent Business Service, LLC in January 2025;

WHEREAS, in October and November 2025, Erin-Adams Griffin, Spencer Latimer, Perry Jones, Kevin Amende, James Hurd, Reagan Smith, Russel Dejulio, Clarence Johnson, Nelson Afanador, Peggy Bordelon, Brian Marshall, Amanda Knick, Sarah Sanson Willstein, Miguel Medrano, Reed Meschke, Roger Fray, Vito Passalaqua, Jordan Burwell, Debra Bianco, Kerri Comer, Brandon Berkenfeld, Francis Heller, Andrew Waters, Marianna Williams, Teresa Mann, Morie Adams-Griffin, Sia Moody, Ivan Bey, Kevin Kennedy, Jared Poli, Eric Larson, Daniel

Brink, Monique Brink, Alen Dymarsky, Andrew Cook, Marlon St. John, Stephen Fortin, Sally

Passalacqua, Frank Gresh, Emily Gresh, Erin Day, Latisha Seals-Blake, Erik Cozzolino, Anita

Burton, Dennis E. Kwiatkowski, Rachel Ann Zafra, Adam Rogers, James Hurd, Brandt Petterson,

Robert Kliner, Deanna Dube, Ricardo Alamilla, Jordan Hayes, Sharon Rushing, Paul Snow, Loren

Skinner and Arthur Dekenipp (collectively, "Plaintiffs") filed 32 separate lawsuits emanating from

the same nucleus of operative facts;

WHEREAS, Plaintiffs agree that these 32 lawsuits involve common issues of law and fact,

and consolidation will enable more efficient case management by the Court and avoid unnecessary

costs and delays by avoiding duplicative discovery and motion practice in each case;

THIS MATTER having been opened to the Court by counsel for Plaintiffs, in the presence

of all counsel of record, and the Court having read the papers, and on notice to counsel for

Defendants, and good cause appearing, _and no Defendant having objected to the application; and the Court finding under Rule 42(a) that consolidation will facilitate the orderly and efficient pre-trial management of these proceedings;_

IT IS HEREBY ORDERED as follows:

1.     Pursuant Fed. R. Civ. P. 42(a), the above-captioned Actions are hereby

consolidated for all purposes.

2.     The Clerk shall establish a Docket for the Actions under Civil Action No. 2:25-cv-

16953-MEF-MAH. All papers filed in the Actions shall be filed on the Docket and shall bear the

caption: *In re: Conduent Business Services Data Breach Litigation*, Civil Action No. 2:25-cv-

16953-MEF-MAH.

3.     Any actions related to the Actions that are subsequently filed in or transferred to

this District, or to be filed or transferred, shall be consolidated herewith.

4.     The following schedule shall govern this consolidated action:

   a.     Plaintiffs shall file a Consolidated Complaint within 30 days of the Court's
          23(g) Order appointing counsel;

b.    Defendants shall respond to the Consolidated Complaint either by filing an answer or motion(s) to dismiss within 60 days of the filing of the Consolidated Complaint;

c.    Plaintiffs shall respond to any motion(s) to dismiss the Consolidated Complaint within 30 days of the filing of any motion; and

d.    Defendants shall file any reply or replies in further support of any motion(s) to dismiss within 30 days of the filing of Plaintiffs' response.

**IT IS SO ORDERED.**

Dated: _____11/24/2025_____

_____
Honorable Michael A. Hammer
United States Magistrate Judge