DNJ-CMECF-002(Rev. 6/2025)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE CONDUENT BUSINESS SERVICES DATA BREACH LITIGATION** | **Case No. 25-cv-16953(MEF/MAH)**<br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATIONS** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

*/s/ James E. Cecchi*
Signature of Local Counsel

**PRO HAC VICE ATTORNEY INFORMATION:**

| | |
|---|---|
| Name: | Corban S. Rhodes |
| Firm: | DiCello Levitt LLP |
| Address: | 485 Lexington Avenue – Suite1001 |
| | New York, NY 10017 |
| Email: | crhodes@dicellolevitt.com |
| Phone: | 646-933-1000 |
| Admitted on behalf of: | Plaintiff Andrew Cook |