UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE: CONDUENT BUSINESS SERVICES
DATA BREACH LITIGATION

Case No. 2:25-cv-16953 (MEF) (MAH)

**ORDER APPOINTING
LEADERSHIP STRUCTURE**

THIS CAUSE comes before the Court upon Plaintiffs' application for the appointment of Interim Lead Counsel, Settlement Counsel, Executive Committee and Liaison Counsel pursuant to Rule 23(g) of the Federal Rules of Civil Procedure. Dkt. No. 61.

Having reviewed the application of counsel and the agreed-upon leadership proposal, and there being no objections, and on notice to counsel for Defendants, and good cause appearing,

IT IS THIS 19th day of December, 2025

ORDERED as follows:

**I.  Organization of Plaintiffs' Counsel**

1.  *Co-Lead Counsel.*  James E. Cecchi of Carella, Byrne, Cecchi, Brody & Agnello, P.C. and Jeff Ostrow of Kopelowitz Ostrow, P.A. shall serve as Co-Lead Counsel, Co-Lead Counsel shall also be supported by the following structure:

   a.  **Settlement Counsel.** Settlement Counsel consisting of Norman E. Siegel of Stueve Siegel Hanson LLP (Conduent Settlement Counsel) and Gary M. Klinger of Milberg PLLC (Conduent Client Settlement Counsel).

   b.  **Plaintiffs' Steering Committee.** A plaintiffs' steering committee of eight members: Shauna Itri of Seeger Weiss LLP (Chair), Ashley M. Crooks of Hausfeld LLP, Corban Rhodes of DiCello Levitt LLP, Connor Hayes of Lynch Carpenter LLP, Raph Graybill of the Graybill Law Firm, Thomas E.

        Loeser of Cotchett of Pitre & McCarthy LLP, Linda P. Nussbaum of Nussbaum Law Group, P.C, and Brian C. Gudmundson of Zimmerman Reed LLP.

   c.   **Liaison Counsel.** Catherine B. Derenze of Lite DePalma Greenberg & Afanador, LLC.

3.   ***Duties of Co-Lead Counsel***. It shall be Co-Lead Counsel's duty to coordinate the responsibilities of Plaintiffs' Steering Committee, schedule Plaintiffs' Steering Committee meetings, keep minutes or transcripts of these meetings, appear at periodic court noticed status conferences, and to perform other necessary administrative or logistic functions to ensure the functions of Plaintiffs' Steering Committee are conducted in an efficient and professional manner or any other duty as the Court may order. Co-Lead Counsel's duties include coordinating the efforts of Plaintiffs' Steering Committee in conducting the litigation, including but not limited to, the following:

**Discovery**

   a.   Initiate, coordinate, and conduct all pretrial discovery on behalf of all Plaintiffs who file civil class actions in this Court or that are transferred to this Court pursuant to 28 U.S.C. § 1407.

   b.   Develop and propose to the Court schedules for the commencement, execution, and completion of all discovery on behalf of all Plaintiffs and the putative Class.

   c.   Initiate, coordinate, and cause to be issued in the name of all Plaintiffs and the putative Class the necessary discovery requests, motions, and subpoenas pertaining to any witness and documents needed to properly prepare for

        class certification and the pretrial of relevant issues found in the pleadings of this litigation.

    d.    Conduct all discovery in a coordinated and consolidated manner on behalf of and for the benefit of all Plaintiffs and the putative Class.

**Motion Practice and Hearings**

    a.    Submit any motions presented to the Court or Magistrate on behalf of all Plaintiffs and the putative Class as well as oppose, when necessary, any motions submitted by the Defendants or third parties.

    b.    Examine or designate other counsel to examine witnesses and introduce evidence at hearings on behalf of Plaintiffs and the putative Class.

    c.    Act or designate other counsel to act as spokesperson(s) for Plaintiffs and the putative Class at pretrial proceedings and in response to any inquiries by the Court.

**Contact with Defense Counsel**

    a.    Initiate, coordinate, and conduct the requisite meet and confers with Defendants, confer with Defendants regarding procedural matters, and negotiate and enter into stipulations with Defendants regarding this litigation.

    b.    In coordination with Settlement Counsel, explore or designate other counsel to explore, develop, and pursue settlement discussions with Defendants on behalf of Plaintiffs and the putative Class.

**Oversight of Plaintiffs' Steering Committee**

    a.    Call meetings of counsel for Plaintiffs for any appropriate purpose.

      b.      Monitor the activities of the Plaintiffs' Steering Committee and other co-counsel to ensure that schedules are met and unnecessary expenditures of time and funds are avoided.

4.      All communications from Plaintiffs or the putative Class with the Court should be through Co-Lead Counsel or Liaison Counsel. If circumstances require direct correspondence with the Court by an individual counsel, copies of any said communications shall simultaneously be served upon Co-Lead Counsel.

Dated: 12/19/25

/s/Michael   A.   Hammer
HON. MICHAEL A. HAMMER, U.S.M.J.