

| | | | |
|---|---|---|---|
| JAN ALAN BRODY | DONALD F. MICELI | OF COUNSEL | RAYMOND J. LILLIE |
| JOHN M. AGNELLO | MELISSA E. FLAX | PETER G. STEWART | GREGORY G. MAROTTA |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | CARL R. WOODWARD, III | MARYSSA P. GEIST |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | FRANCIS C. HAND | JORDAN M. STEELE |
| | BRIAN H. FENLON | JAMES A. O'BRIEN, III | BRITTNEY M. MASTRANGELO |
| | CAROLINE F. BARTLETT | JOHN G. ESMERADO | GRANT Y. LEE*** |
| CHARLES C. CARELLA | ZACHARY S. BOWER+ | STEVEN G. TYSON | MAYBOL HALL |
| 11/21/33 – 11/4/23 | DONALD A. ECKLUND | MATTHEW J. CERES | WILLIAM J. MANORY |
| | CHRISTOPHER H. WESTRICK* | ZACHARY A. JACOBS*** | NESLIHAN Z. TALU |
| | STEPHEN R. DANEK | JASON H. ALPERSTEIN | |
| | MICHAEL A. INNES | | *CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY |
| | MEGAN A. NATALE | | ***MEMBER IL BAR ONLY |
| | KEVIN G. COOPER | | +MEMBER FL BAR ONLY |

January 19, 2026

<u>VIA ECF</u>

Honorable Michael A. Hammer, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: *In re: Conduent Business Services Data Breach Litigation*
<u>Civil Action No. 2:25-cv-16953-MEF-MAH</u>

Dear Judge Hammer:

I am Interim Co-Lead Counsel for Plaintiffs in the above-referenced consolidated action and write in connection with Your Honor's November 24, 2025 Order Consolidating Actions [Dkt. No. 19] ("Order").

Pursuant to the Order, "[a]ny actions related to the Actions that are subsequently filed in or transferred to this District, or to be filed or transferred, shall be consolidated herewith." *Id.* at 12. Subsequent to Your Honor's entry of the Order, two additional actions were filed, which, upon Plaintiffs' request, were consolidated into this matter. Dkt. No. 105. Since then, an additional case has been filed in this District: *Kinsey v. Conduent Business Services, LLC, et al.*, Case No. 2:26-cv-00202-SRC-CF. Accordingly, pursuant to the Order, Plaintiffs respectfully request that Your Honor direct the Clerk of Courts to consolidate the *Kinsey* matter into this consolidated action.

If this request meets with Your Honor's approval, please kindly So Order this letter and return it to the Parties through the Court's ECF system. We thank Your Honor for your continued attention to this matter.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.

<u>/s/ James E. Cecchi</u>
JAMES E. CECCHI

January 19, 2026
Page 2

It is SO ORDERED as of this ___ day of January, 2026.

_____
HON. MICHAEL A. HAMMER, U.S.M..J.

CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C. \ ATTORNEYS AT LAW