CARELLA BYRNE CECCHI BRODY AGNELLO, P.C.

JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

CHARLES C. CARELLA
11/21/33 – 11/4/23

DONALD F. MICELI
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
STEPHEN R. DANEK
MICHAEL A. INNES
MEGAN A. NATALE
KEVIN G. COOPER

OF COUNSEL
PETER G. STEWART
CARL R. WOODWARD, III
FRANCIS C. HAND
JAMES A. O'BRIEN, III
JOHN G. ESMERADO
STEVEN G. TYSON
MATTHEW J. CERES
ZACHARY A. JACOBS***
JASON H. ALPERSTEIN

RAYMOND J. LILLIE
GREGORY G. MAROTTA
BRITTNEY M. MASTRANGELO
GRANT Y. LEE***
MAYBOL HALL
WILLIAM J. MANORY
NESLIHAN Z. TALU
PATRICK J. DOHERTY

*CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY
***MEMBER IL BAR ONLY
+MEMBER FL BAR ONLY

September 10, 2026

**VIA ECF**

Honorable Michael E. Farbiarz, U.S.D.J.
Honorable Alex D. Silagi, U.S.M.J.
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: *In re: Conduent Business Services Data Breach Litigation*
Civil Action No. 2:25-cv-16953-MEF-ADS

Dear Judges Farbiarz and Silagi:

I am Interim Co-Lead Counsel for Plaintiffs in the captioned consolidated cases and write together with Defendants Conduent Business Services, LLC, Conduent State & Local Solutions, Inc., and Conduent Incorporated (together with Plaintiffs, the "Parties") to provide the joint status update contemplated by the Court's June 15, 2026 Text Order [Dkt. No. 159].

On August 13, 2026, the Parties mediated before United States Magistrate Judge Diane M. Welsh (Ret.) of JAMS and after a full day of negotiations reached a settlement in principle to resolve all claims against all Defendants, subject to memorializing the Parties' agreement in a comprehensive Settlement Agreement that the Parties intend to file together with Plaintiffs' Motion for Preliminary Approval on or before October 13, 2026. In the interim, we ask that the Court stay all deadlines related to the Parties and all other Defendants.

We thank Your Honors for the attention to this matter. Should the Court have any questions regarding the settlement, the Parties will be available at your convenience.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.

/s/ James E. Cecchi
JAMES E. CECCHI

cc: All Counsel (via ECF)