**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE CONDUENT BUSINESS SERVICES DATA BREACH LITIGATION | Civil Action No. 2:25-cv-16953 (MEF) (ADS) |

**PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

**PLEASE TAKE NOTICE** that on such date and time as the Court shall determine, the undersigned counsel for Plaintiffs shall move before the Hon. Michael E. Farbiarz, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102, for an Order pursuant to Fed. R. Civ. P. 23: (1) granting Preliminary Approval of the proposed Settlement between Plaintiffs and Defendants Conduent Business Services, LLC, Conduent State & Local Solutions, Inc., and Conduent Incorporated; (2) preliminarily certifying a Settlement Class for the purposes of Settlement; (3) appointing Plaintiffs as Class Representatives; (4) appointing James E. Cecchi of Carella, Byrne, Cecchi, Brody & Agnello, P.C., Jeff Ostrow of Kopelowitz Ostrow P.A., Gary M. Klinger of Milberg PLLC, and Norman E. Siegel of Stueve Siegel Hanson LLP as Class Counsel; (5) appointing Epiq Class Action & Claims Solutions, Inc. as Settlement Administrator; (6) approving the Parties' proposed Notice Program and Notices of the pendency of this Action and the Settlement to the Settlement Class; (7) directing that Notice be given to the

Settlement Class; (8) approving the Claim Process and Claim Form; (9) scheduling a Final Approval Hearing at which time the Court will consider the request for Final Approval of the Settlement and requests for Attorneys' Fees and Costs, and Service Awards to the Class Representatives; and (10) granting such other relief and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiffs rely upon the Class Action Settlement Agreement and Release; Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Settlement, and the Joint Declaration of Class Counsel in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

**PLEASE TAKE FURTHER NOTICE** that, for the Court's convenience, a proposed form of Preliminary Approval Order is submitted herewith.

DATED: October 16, 2026

Respectfully submitted,

*/s/ James E. Cecchi*
James E. Cecchi
**CARELLA BYRNE CECCHI BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
Tel.: (973) 994-1700
Fax: (973) 994-1744
Email: jcecchi@carellabyrne.com

Jeff Ostrow (pro hac vice)
**KOPELOWITZ OSTROW P.A.**
One West Law Olas Blvd., Suite 500

Tel.: (954) 332-4200
Fax: (954) 525-4300
Email: ostrow@kolawyers.com

***Co-Lead Counsel***

Norman E. Seigel (pro hac vice)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Rd., Suite 200
Kansas City, MO 64112
Tel.: (816) 714-7112
Fax: (816) 714-7101
Email: siegel@stuevesiegel.com

Gary M. Klinger (pro hac vice)
**MILBERG, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel.: (866) 252-0878
Email: gklinger@milberg.com

***Settlement Counsel***